IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROVEN NETWORKS, LLC., SONICWALL INC. | Case No. 6:20-MC-02959-ADA |
| Plaintiff, | |
| v. | |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC., DELL TECHNOLOGIES, INC., DELL, INC., EMC CORPORATION, ARISTA NETWORKS, INC., SOLARWINDS CORP., NETAPP, INC., ARUBA NETWORKS, INC., HEWLETT PACKARD ENTERPRISE COMPANY, CISCO SYSTEMS, INC., | |
| Defendants. | |
| PROVEN NETWORKS, LLC., | |
| Plaintiff, | Case No. 6:20-cv-00975-ADA |
| v. | Case No. 1:20-cv-00498-ADA |
| AMAZON.COM, INC., AMAZON WEB SERVICES, INC., | |
| Defendants. | |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Proven Networks, LLC, ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon") have resolved Plaintiff's claims against Amazon asserted in this case.

1

NOW, THEREFORE, Plaintiff and Amazon through their attorneys of record, request this Court to dismiss Plaintiff's claims against Amazon with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: July 19, 2021 

Respectfully submitted,

*/s/ Paul A. Kroeger*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Benjamin T. Wang (CA SBN 228712)
Email: bledahl@raklaw.com
Paul A. Kroeger (SBN 229074)
pkroeger@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

***Attorneys for Plaintiff Proven Networks, LLC***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 19, 2021, I electronically filed the foregoing documents via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

                     /s/ Paul A. Kroeger

                     Paul A. Kroeger